**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEMAH HENDERSON, individually and on behalf of all others similarly situated; et al.,

    Plaintiffs - Appellants,

 v.

J.P. MORGAN CHASE BANK, N.A.,

    Defendant - Appellee.

No. 13-56095

D.C. No. 2:11-cv-03428-PSG-PLA

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
Philip S. Gutierrez, District Judge, Presiding

Argued December 2, 2013
Submitted June 8, 2016
San Francisco, California

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

We reverse and remand to the district court to reconsider in light of the California Supreme Court's opinion in *Kilby v. CVS Pharmacy, Inc.*, 368 P.3d 554 (Cal. 2016).

---

  [*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Defendant-Appellee's Motion to File Under Seal Portions of its

Supplemental Excerpts of Record is granted.

**REVERSED and REMANDED.**